In re Conservatorship of Emma M. Swank v. Harold E. Henderson, appellant. Gen. No. 8,922.

Opinion filed January 17, 1936.
Ray Gruny and Vaught, Foreman & Cleary, for appellant. Wm. N. Hairgrove and Wilson & Lander, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

William L. O'Connell, appellee, v. E. L. Hitch et al., appellants. Gen. No. 8,926.

Opinion filed January 17, 1936.
L. T. Graham, for appellants. William and Barry Mumford, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

Agnes L. Lachenmyer, appellee, v. Central Mutual Insurance Company of Chicago, appellant. Gen. No. 8,941.

Opinion filed January 17, 1936. Rehearing denied April 7, 1936.
C. H. Swick, for appellant. Schaefer & Dolan and Frank B. Leonard, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

O'Meara Construction Company, Inc., appellee, v. Joseph Meltzer, Inc., appellant. Gen. No. 8,944.

Opinion filed January 17, 1936. Rehearing denied April 7, 1936.
Adair & Groves and Wilson & Schmiedeskamp, for appellant. Inghram & Inghram, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Cleatus Connolly, plaintiff in error. Gen. No. 8,949.

Opinion filed January 17, 1936. Rehearing denied April 7, 1936.
A. M. Fitzgerald and Lee W. Ensel, for plaintiff in error. A. H. Greening, State's Attorney, and Thomas W. Hoopes, Assistant State's Attorney, for defendant in error.

Mr. Justice Allaben delivered the opinion of the court.